Jan D. Sokol, ISB #6498
jdsokol@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Berkley Insurance Company*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PILOT WEST CORPORATION, an Arizona corporation; DURANGO FAMILY LIMITED PARTNERSHIP; SUMMIT CRUSHING, LLC, a revoked Nevada limited liability company; J & M DEVELOPMENT, INC., a revoked Nevada corporation; SAMUEL WAYNE JESSOP and OLIVE AMELIA JESSOP,<br><br>　　　　　　　　Defendants. | Case No.<br><br>**COMPLAINT**<br>(Specific Enforcement of Indemnity Agreement; Breach of Contract) |

## **PARTIES**

1.　　Berkley Insurance Company ("Berkley") is a corporation licensed to do

business and to post surety bonds in the state of Idaho, is incorporated in the state of

COMPLAINT - 1

STEWART SOKOL & LARKIN LLC
A T T O R N E Y S   A T   L A W
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

1215.004-01436525; 1

Delaware and has its principal place of business in the state of New Jersey.

2.      Defendant Pilot West Corporation ("Pilot West") is an Arizona corporation doing business in the state of Idaho, with its principal place of business in a state other than the states of Delaware and New Jersey.

3.      Defendant Durango Family Limited Partnership ("Durango Family") is a limited partnership located in the state of Nevada.

4.      Defendant Summit Crushing, LLC ("Summit Crushing") was a Nevada limited liability company, but its authority has been revoked.

5.      Defendant J & M Development, Inc. ("J & M Development") was a Nevada corporation but its authority has been revoked by the state of Nevada.

6.      Defendant Samuel Wayne Jessop is an individual who is a citizen of the state of Idaho.

7.      Defendant Olive Amelia Jessop is an individual who is a citizen of the state of Utah.

8.      Throughout this Complaint, Pilot West, Durango Family, Summit Crushing, J & M Development, Samuel Wayne Jessop and Olive Amelia Jessop shall collectively be referred to as "indemnitors."

## JURISDICTION

9.      Jurisdiction is proper in this Court under 28 USC § 1332(a) because there is complete diversity of citizenship between the Plaintiff and Defendants, and the amount in controversy, exclusive of interests and costs, exceeds the sum of $75,000.

///

COMPLAINT - 2

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

1215.004-01436525; 1

## GENERAL ALLEGATIONS

10.     At all relevant times, Pilot West was and is a business providing construction services.

11.     In connection with the performance of construction services, from time to time, project owners would require Pilot West to obtain payment and performance bonds and other contract license and commercial bonds.

12.     Pilot West obtained these various bonds from Berkley.  Attached as Exhibit A is a listing of the various payment, performance, contract license and commercial bonds posted on behalf of Pilot West (collectively, the "Bonds").

13.     In partial consideration for the posting of the Bonds, Indemnitors, and each of them, executed in favor of Berkley a General Agreement of Indemnity dated July 25, 2012 (the "Indemnity Agreement").

14.     Under the Indemnity Agreement, Indemnitors, and each of them, agreed to indemnify Berkley and hold Berkley harmless against any and all losses, liability, damages of any type, costs, fees, and expenses that Berkley incurs in connection with the Bonds.

15.     Pilot West has failed to perform its obligations under the bonded contracts, and as a result claimants have demanded performance under the Bonds and Berkley anticipates payments under the Bonds.

16.     With respect to the State of Washington contractor surety bond, Bond No. 0172471, claims have been made and Berkley has paid the sum of $12,000.  With respect to the City of Orville Project, Bond No. 1178221, claims have been made and

COMPLAINT - 3

STEWART SOKOL & LARKIN LLC
A T T O R N E Y S   A T   L A W
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

Berkley has paid the sum of $66,603.70.   With respect to the City of Pullman Bond, Bond No. 0183438, claims have been made and Berkley has paid the sum of $423,324.87.  With respect to the Oden Water Association Bond, Bond No. 0183439, claims have been made and Berkley has paid the sum of $4,244.37.  With respect to the City of Whitefish Bond, Bond No. 0188994, claims have been made and Berkley has paid the sum of $252,949.91.  Finally, with respect to the Bonner County Road Department Bond, Bond No. 0183446, the County has filed a claim and has filed litigation seeking the penal sum of the bond, $50,000.  Berkley has also incurred legal and consulting fees in responding to and investigating the claims against the Bonds in the amount of $106,018.32.

17.    Demand has been made upon Indemnitors to indemnify and hold Berkley harmless from any loss, costs and expenses in connection with the Project. Indemnitors, and each of them, have failed and refused to respond to the demand.

## FIRST CLAIM FOR RELIEF

### (Specific Enforcement of the Indemnity Agreement)

18.    Berkley realleges the allegations in paragraphs 1-17, above.

19.    Berkley made claim payments and has incurred consulting fees, legal fees and costs and expenses totaling $864,741.17.

20.    Further claims may be made against the Bond in amounts currently unknown, but in an amount of no less than $50,000, and Berkley continues to incur legal and consulting fees and costs and expenses in connection with these claims.

///

COMPLAINT - 4

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

1215.004-01436525; 1

21.     Berkley has performed all conditions precedent, conditions and obligations on its part to be performed, and has no plain, speedy or adequate remedy at law.

22.     Consistent with the terms of the Indemnity Agreement, Indemnitors should be mandatorily enjoined, specifically to perform all terms and conditions of the Indemnity Agreement, including, but not limited to, the posting of collateral security in amounts sufficient to indemnify and hold harmless Berkley against all loss, costs and expenses; the furnishing of competent evidence of Berkley's discharge from obligations under the Bonds without any loss; and access to books, records and accounts of the Indemnitors for purposes of examining them to determine Berkley's liability, if any, under the Bonds.

23.     Under the terms of the Indemnity Agreement, Berkley is entitled, in addition to all damages, to its reasonable attorney fees which may be awarded by the court.

## SECOND CLAIM FOR RELIEF

### (Breach of Contract – Damages)

24.     Berkley realleges the allegations in paragraphs 18-23 above.

25.     Berkley has performed all conditions precedent, conditions and obligations on its part to be performed.

26.     Berkley is entitled to judgment against Indemnitors, and each of them, for any amount it is required to pay all claimants, plus all loss, costs and expenses in connection with such claim, together with interest from the date of each payment.

///

COMPLAINT - 5

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

27.     Under the terms of the Indemnity Agreement, Berkley is also entitled to recover its reasonable attorney fees which may be awarded by the Court.

WHEREFORE, Plaintiff prays for judgment and decree as follows:

1.      Enjoining Defendants, and each of them, specifically to perform all terms and conditions in the Indemnity Agreement, including (a) the posting of collateral security; (b) the procurement of a discharge from the bond; and (c) the furnishing of competent evidence of Berkley's discharge, without loss under the bond;

2.      For judgment against Defendants, and each of them, for all of Plaintiff's losses, costs and expenses, including reasonable attorney fees arising as a result of Defendants' breaches under the Indemnity Agreement, together with supplemental judgments at such time and under such circumstances as claims are adjusted and satisfied by Plaintiff, and on further notice to Defendants;

3.      For judgment against Defendants, and each of them, for Plaintiff's attorney fees, costs and disbursements incurred; and

4.  For such other and further relief as is just and proper.

DATED this 28th day of April, 2016.

STEWART SOKOL & LARKIN LLC

By: */s/ Jan D. Sokol*
    Jan D. Sokol, ISB #6498
    jdsokol@lawssl.com
    *Attorneys for Plaintiff Berkley Insurance*
    *Company*

COMPLAINT - 6

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

1215.004-01436525; 1

# Berkley Surety Group
## Line Card Report - Primary Bonds Only
## Pilot West Corporation
### Account Number: 53512 - Standard

| Bond Number | Effective Expire | Bond Amount | Premium | Obligee | Risk Description | Bond Status | WIP % Comp | Claim # | Adjuster |
|---|---|---|---|---|---|---|---|---|---|
| 0187931 | 11/05/2014 11/05/2015 | $5,000 | $100 | State of Arizona - Registrar of | Contractors License bond -A General Engineering | Open | 0.00 | | |
| 0188994 | 10/29/2014 12/31/2014 | $201,055 | $4,016 | City of Whitefish | River Lakes Force Main Extension Project, 2014 | Open | 73.14 | 004380 | Manno, Nancy |
| 0183446 | 05/15/2014 05/15/2016 | $50,000 | $500 | Bonner County Road Department | Bonner County Street Opening Two Year Bond - Permit for Work: Oden Water Assoaciation, Filter Plant to Storage Tank Waterline Extention to Serve Whiskey Jack Subdivision Project | Open | 0.00 | | |
| 0183438 | 04/18/2014 09/15/2014 | $1,999,292 | $23,493 | City of Pullman | SR 270 and Terre View Drive Sanitary Trunk Sewer Project Contract No. 13-05 | Open | 99.83 | 004266 | Manno, Nancy |
| 0183439 | 04/15/2014 09/30/2014 | $553,132 | $9,031 | Oden Water Association | All Work for the Filter Plant to Storage Tank Waterline Upgrade and Waterline Extension to Serve Wiskey Jack Subdivision | Open | 96.45 | 004442 | Manno, Nancy |
| 0179845 | 10/11/2013 10/11/2015 | $10,000 | $200 | Spokane County   R | Spokane County Street Obstruction Bond | Open | 0.00 | | |
| 0178245 | 09/24/2013 09/24/2014 | $40,861 | $409 | Lake Havasu City | Right of Way Bond See 0176625 | Closed | 0.00 | | |
| 0178224 | 07/24/2013 10/31/2013 | $286,264 | $5,294 | Hancock Development, LLC | Installation of Water Mains and Related Work According to the Schedule of Values for Windsor Estates, Phase II | Closed | 44.25 | | |
| 0178221 | 07/23/2013 11/29/2013 | $557,363 | $9,074 | City of Oroville | City of Oroville - North End Reservoir Project | Open | 94.75 | 004344 | Manno, Nancy |
| 0176644 | 07/09/2013 07/09/2014 | $6,000 | $100 | State of Arizona - MV | AZ Motor Vehicle Defective Title Bond Utility Trailer Homemade - Special - 2013 VIN No. AZ341330 | Closed | 0.00 | | |
| 0176625 | 07/08/2013 10/31/2013 | $351,730 | $6,276 | Arizona State Parks | New 8" Fire Main System at Lake Havasu | Closed | 99.99 | | |
| 0176636 | 06/18/2013 10/31/2013 | $517,044 | $8,670 | Chemehuevi Indian Tribe | Chemehuevi OMHP Orangeburg Pipe and Water Line Replacement Project (CHEM SW-02-13) | Open | 65.15 | 004073 | Manno, Nancy |
| 0176631 | 06/13/2013 08/30/2013 | $284,168 | $5,263 | Whitworth Water District #2 | 16" Water Main / Silver Pine Rd - 2013 | Closed | 100.00 | | |
| 0176626 | 06/04/2013 08/30/2013 | $82,358 | $2,059 | Arizona Department of Transportation Procurement | Quartzsite Maintenance Yard Construction Project Solicitation No. ADOT13-00002832 | Closed | 44.43 | | |
| 0172475 | 04/15/2013 04/15/2016 | $29,200 | $1,095 | United States Department of Interior   R | Mineral Material Reclamation Bond for Surface of Maineral Material Contracts AZA 33565 and AZA 34413 within T. 10N., 13 W., section 34, Lot 7. | Open | 0.00 | | |
| 0172471 | 03/27/2013 03/27/2016 | $12,000 | $360 | State of Washington   R | State of Washington Contractors License Bond | Open | 0.00 | 004056 | Manno, Nancy |
| 0172463 | 03/01/2013 03/01/2016 | $30,000 | $900 | Arizona State Land Department   R | Arizona State Land Department Reclamation and Damage Bond Under Special Land Use Premit 23-105750 | Open | 0.00 | | |
| 0172462 | 02/01/2013 02/01/2016 | $9,468 | $711 | Mohave County Public Works   R | The Refuge R.V. Park, BLD2012-00926, 2nd Grading Plan | Open | 0.00 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Report Totals:** | | | **$77,551** | | | | | | |
| **Open Contract Liability:** | | | **$3,837,354** | | | | | | |
| **Open Commercial Liability:** | | | **$136,200** | | | | | | |



Printed on:  5/27/2015 1:09:27 PM
Note: Red rows indicate Open claim status with a non-zero reserve balance. Yellow rows indicate Open claim status with a zero reserve balance

Page: 1