UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, a Delaware corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>PILOT WEST CORPORATION, an Arizona corporation; DURANGO FAMILY LIMITED PARTNERSHIP; SUMMIT CRUSHING, LLC, a revoked Nevada limited liability company; J & M DEVELOPMENT, INC., a revoked Nevada corporation,<br><br>               Defendants. | Case No. 1:16-cv-00178-BLW<br><br>**JUDGMENT** |

      In accordance with the Court's January 23, 2017 Order of Default Judgment (Dkt. 23), and the Order Awarding Attorney Fees and Costs, entered concurrently herewith,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $931,144.52, plus post-judgment interest (comprising monetary damages of $864,741.12, a reserve of $50,000, and attorney fees and costs of $16,403.40). Of that total amount, $50,000 shall be used to cover future claims or as collateral security, in accordance with Section 1.02 of the parties' General Agreement of Indemnity dated July 25, 2012;

**JUDGMENT - 1**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants shall, in accordance with the terms of the parties' Indemnity Agreement, post collateral security and allow Berkley Insurance access to its business records.

DATED: March 3, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 2